[No. 58022-1-I.   Division One.   May 7, 2007.]

JAMES LARSON ET AL., *Respondents*, v. HIGHLINE WATER DISTRICT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-33967-5, Michael Heavey, J., entered February 10, 2006. *Reversed* by unpublished opinion per Coleman, J., concurred in by Appelwick, C.J., and Becker, J.

[No. 58033-7-I.   Division One.   May 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-05745-1, Carol A. Schapira, J., entered March 15, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58050-7-I.   Division One.   May 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO CALVIN PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-12257-5, William L. Downing, J., entered March 20, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58412-0-I.   Division One.   May 7, 2007.]

*In the Matter of the Marriage of* BRYAN KRIEGER, *Appellant*, and MARILYN L. WALKER, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 01-3-02588-4, Theresa B. Doyle, J., entered January 30 and May 19, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.